```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. ) | NO. C 06 7672 WHA |
| ) | |
| Plaintiff, ) | |
| ) | ORDER TO CONTINUE CASE |
| vs. ) | <u>MANAGEMENT CONFERENCE</u> |
| ) | |
| DAVID BEST, an individual doing ) | |
| business as WESTERN EVENT SERVICES ) | |
| ) | |
| Defendant. ) | |

IT IS ORDERED that the Case Management Conference in this case originally set for March 22, 2007 continued to ~~April 19, 200~~ April 12, 2007, at 11:00 a.m. in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: March 19, 2007.         _____
                               Honorable William H. Alsup

IT IS SO ORDERED
Judge William Alsup

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE                1