IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | No. C 06-07672 WHA |
| Plaintiff, | |
| v. | **REQUEST RE HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| DAVID BEST, an individual, doing business as WESTERN EVENT SERVICES | |
| Defendant. / | |

At the June 7 hearing, counsel for plaintiff will please come prepared to tell the Court whether plaintiff wants (1) an audit of the time period in question or (2) the $3,116.32 requested based on self-reported data, the Court being disinclined to give both.

Dated: May 29, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE